UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AUSTIN GARRETT                                                                                     PLAINTIFF

V.                           No. 4:22-CV-00786-BRW-JTR

DOES, Benton County Detention Center                                              DEFENDANTS

## TRANSFER ORDER

Plaintiff Austin Garrett ("Garrett") is a prisoner in the Benton County Detention Center ("BCDC") in Bentonville, Arkansas. He has filed a *pro se* § 1983 Complaint alleging constitutional violations against Defendants. *Doc. 1*.

The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." *See* 28 U.S.C. § 1391(b). According to Garrett's Complaint, the events giving rise to this lawsuit all occurred at the BCDC, which is located in the Western District of Arkansas. Likewise, the Defendants directly involved with the alleged constitutional violations work at the BCDC, and thus, presumably reside in the Western District of Arkansas.

Accordingly, the interest of justice will best be served by transferring this case to the United States District Court for the Western Division of Arkansas. 28 U.S.C. § 1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a

district court may transfer any civil action to any other district or division where it might have been brought.").

IT IS THEREFORE ORDERED THAT this case is IMMEDIATELY TRANSFERRED to the United States District Court for the Western District of Arkansas.

DATED this 2nd day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE